United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Chenmed, LLC and Chen Neighborhood Medical Centers of South Florida, LLC, Plaintiffs, <br><br> v. <br><br> Anaya Banerjee, Aledade, Inc., and Aledade Care Solutions of Florida, LLC, Defendant. | Civil Action No. 22-23692-Civ-Scola |

## Order of Dismissal

The parties have dismissed this suit without prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. for Dismissal, ECF No. 35.) The Court reserves jurisdiction to enforce the parties' settlement agreement. Once the Court is released from retaining jurisdiction of this matter, the dismissal shall be with prejudice, effective as of January 1, 2024. The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in Miami, Florida, on March 8, 2023.

Robert N. Scola, Jr.
United States District Judge